IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| E.C., J.L.,J.C.,T.G.,B.G., and A.G. by Next Friend, Jill Katz, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-0726-CV-W-SOW |
| K. GARY SHERMAN, in his official capacity as Director of the Missouri Department of Social Services, | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

Before the Court are plaintiffs' Proposed Notice of Order Granting Injunctive Relief and defendant's Objections. The Court has reviewed the Proposed Notice as well as defendant's objections. The Court finds that defendant's objections are well-taken.

Accordingly, it is hereby

ORDERED that the Court will not enter the Proposed Notice of Order Granting Injunctive Relief submitted by plaintiffs. There is no need for such a Notice.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: May 9, 2006